**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  FARA GONZALEZ                              Case No. 16-19742-LMI
                                                                              Chapter 13

_____Debtor_____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Attorney for the Debtor OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor objects to the following claim filed in this case*:

| <u>Claim No.</u> | <u>Name of Claimant</u> | <u>Amount of Claim</u> |
|---|---|---|
| <u>1</u> | <u>Department of the Treasury-Internal Revenue Service</u> | <u>$ 9,461.86</u> |

LF-24 (rev. 12/01/09)

Basis for Objection to the Claim and Recommended Disposition
The Debtor had no income for the years 2013 and 2015 and was not required to file a tax return. The Debtor is not objecting to the unsecured portion of the claim in the amount of $5,694.16. The Debtor seeks to have the priority portion of the claim allowed at $0.00.

  *Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections
  to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

/s/ Timothy S. Kingcade
Attorney for Debtor
Address:1370 Coral Way
Miami, FL 33145
Telephone: 305-285-9100
Fax: 305-285-9542
Florida Bar No.:082309
email: scanner@miamibankruptcy.com

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).