

ORDERED in the Southern District of Florida on December 7, 2016.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   FARA GONZALEZ                         Case No. 16-19742-LMI

                                               Chapter 13

_____Debtor._____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM #1 OF DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE

THIS CASE came on to be heard on December 6, 2016 at 9:00 a.m. upon the Debtor's Objection to Claim #1 of Department of Treasury – Internal Revenue Service [D.E. 29], and based upon the record, it is:

**ORDERED** AS FOLLOWS:

1. The Debtor's Objection to Claim #1 is **SUSTAINED**.
2. Claim #1 is **ALLOWED** as a priority claim of $0.00 and an unsecured claim of $5,694.16.

### ###

**Submitted by:**
Timothy S. Kingcade, Esq.
1370 Coral Way
Miami, FL 33145

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

LF-25 (rev. 12/01/15)